# Exhibit-A

# 2017 Muscogee County Records

SC-6.2 Final Disposition Felony Sentence With Probation

# IN THE SUPERIOR COURT OF MUSCOGEE COUNTY, STATE OF GEORGIA

**STATE OF GEORGIA versus**

**Darius Pennington**

**CRIMINAL ACTION #:**

**SU17CR2454**

August Term of 20 17

Clerk to complete if incomplete:

OTN(s): 88409364050
DOB: 11/21/1978
Ga. ID# 2543910H

**Final Disposition:**
**FELONY with PROBATION**

**First Offender/Conditional Discharge entered under:**

**PLEA:** ☐ O.C.G.A. § 42-8-60  ☐ O.C.G.A. § 16-13-2  ☒ Negotiated  ☐ Non-negotiated

**VERDICT:** ☐ Jury  ☐ Non-jury

☐ Repeat Offender as imposed below

☐ Repeat Offender waived

The Court enters the following judgment:

| Count | Charge (as indicted or accused) | Disposition (Guilty, Not Guilty, Guilty-Alford, Guilty-Lesser Incl, Nolo, Nol Pros, Dead Docket) | Sentence | Fine | Concurrent/ Consecutive, Merged, Suspended |
|---|---|---|---|---|---|
| 1 | crossing guard lines with drugs | guilty | 6 months | | |
| 2 | poss. prohibited items by inmates | guilty | 6 months | | |
| 3 | | | | | |
| 4 | | | | | |

The Defendant is adjudged guilty or sentenced under First Offender/Conditional Discharge for the above-stated offense(s); the Court sentences the Defendant to confinement in such institution as the Commissioner of the State Department of Corrections may direct, with the period of confinement to be computed as provided by law.

**Sentence Summary:** The Defendant is sentenced to a total of __6 months__ ☐ with the first __6 months__ to be served in confinement and the remainder to be served on probation; or ☐ to be served on probation.

The Defendant is to receive credit for time served in custody: ☐ from _____ or ☒ as determined by the custodian.

☐ 1. The above sentence may be served on probation provided the Defendant shall comply with the conditions of Probation imposed by the Court as part of this sentence.
☒ 2. Upon service of __6 months__ The remainder of the sentence may be served on probation; PROVIDED, that the Defendant shall comply with the Conditions of Probation imposed by the Court as part of this sentence.
☐ 3. The Court sentences the Defendant as a recidivist under O.C.G.A.:
   ☐ § 17-10-7(a); ☐ § 17-10-7(c); ☐ § 16-7-1(b); ☐ §16-8-14(b); or ☐ § _____
☐ 4. The above sentence includes a behavioral incentive date of _____ in accordance with O.C.G.A. § 17-10-1.

Page 1 of 3

## GENERAL CONDITIONS OF PROBATION

The Defendant is subject to arrest for any violation of probation. If probation is revoked, the Court may order incarceration. The Defendant shall comply with the following General Conditions of Probation: 1) Do not violate the criminal laws of any governmental unit and be of general good behavior. 2) Avoid injurious and vicious habits. 3) Avoid persons or places of disreputable or harmful character. 4) Report to the Probation Officer as directed and permit the Probation Officer to visit you at home or elsewhere. 5) Work faithfully at suitable employment insofar as may be possible. 6) Do not change your place of abode, move outside the jurisdiction of the Court, or leave Georgia without permission of the Probation Officer. If permitted to move or travel to another state, you agree to waive extradition from any jurisdiction where you may be found and not contest any effort by any jurisdiction to return you to this State. 7) Support your legal dependants to the best of your ability. 8) When directed, in the discretion of the Probation Officer: (a) submit to evaluations and testing relating to rehabilitation and participate in and successfully complete rehabilitative programming; (b) wear a device capable of tracking location by means including electronic surveillance or global positioning satellite systems; (c) complete a residential or nonresidential program for substance abuse or mental health treatment; and/or (d) agree to the imposition of graduated sanctions as defined by law. 9) Make restitution as ordered by the Court.

**FINE SURCHARGES or ADD-ONS:** The Court assesses all fine surcharges or add-ons as required by the laws of the State of Georgia and as are applicable to offense(s) for which the Defendant has been convicted.

1) The Court orders that ☒ the Defendant shall pay the probation supervision fee as required by law; or ☐ the probation supervision fee is waived.
2) If counsel was provided under the Georgia Indigent Defense Act: ☐ the Defendant shall pay the $50 Public Defender Application Fee; or ☐ the Public Defender Application Fee is waived.
3) If counsel was provided at public expense: ☐ the Defendant shall pay attorney's fees of $ _____ to **Muscogee** County; or ☐ attorney's fees are waived.
4) The Defendant shall pay the Crime Lab Fee as required by law.

## SPECIAL CONDITIONS OF PROBATION

The Defendant is advised that violation of any Special Condition of Probation may be subject the Defendant to a revocation of probation and the Court may require the Defendant to serve up to the balance of the sentence in confinement. The Defendant shall comply with the following Special Conditions of Probation: ☐ as designated on the attached Inventory of Special Conditions or Probation; or ☐ as follows: *(import conditions to be imposed from Inventory of Special Conditions of Probation).*

## FIRST OFFENDER OR CONDITIONAL DISCHARGE
(If designated by the Court)

The Defendant consenting hereto, it is the judgment of the Court that no judgment of guilt be imposed at this time but that further proceedings are deferred and the Defendant is hereby sentenced to confinement at such institution as the Commissioner of the State Department of Corrections or the Court may direct, with the period of confinement to be computed as provided by law.

Upon violation of the terms of probation, upon conviction for another crime during the period of probation, or the Court's determination that the Defendant is or was not eligible for sentencing under the First Offender Act or for Conditional Discharge, the Court may enter an adjudication of guilt and proceed to sentence the Defendant to the maximum sentence as provided by law.

State of Georgia v.   Darius Pennington
Criminal Action #   SU17CR2454
SC-6.2 Final Disposition Felony Sentence With Probation
Page 2 of 4

Upon fulfillment of the terms of this sentence, or upon release of the Defendant by the Court prior to the termination of this sentence, the Defendant shall stand discharged of said offense without court adjudication of guilt and shall be completely exonerated of guilt of said offense charged.

☐ Defendant's school enrollment: The Defendant: ☐ is 17 years of age or older, was convicted of the felony offense(s) of _____ , and is or will be enrolled in _____ School or school system, O.C.G.A. § 15-6-36; or ☐ is 13-17 years of age, was convicted of the felony offense(s) of _____ , and is or will be enrolled in _____ School or school system, O.C.G.A § 15-11-560(g). The Clerk shall give notice as required by the statute.

For Court's Use:

The Hon. ___R. Hunter___ Attorney at Law, represented the Defendant by: ☐ employment; or ☒ appointment.

SO ORDERED this __23rd__ day of __August__ 20 _17_

Georgia, Muscogee County
I do certify that the within and foregoing is a true and correct copy of the document(s) as appears by the original on file and record in the office of the Clerk of Superior Court.
___ day of _November_, 20_19_
Deputy Clerk, Muscogee County Superior Court
DANIELLE F. FORTÉ
MUSCOGEE COUNTY CLERK OF SUPERIOR COURT

Judge of Superior Court
__Chattahoochee__ Judicial Circuit
Tracy Moulton
(print or stamp Judge's name)

FIREARMS – If you are convicted of a crime punishable by imprisonment for a term exceeding one year, or of a misdemeanor crime of domestic violence where you are or were a spouse, intimate partner, parent, or guardian of the victim, or are or were involved in another similar relationship with the victim, it is unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition, pursuant to federal law under 18 U.S.C. § 922(g)(9) and/or applicable state law.

Acknowledgment: I have read the terms of this sentence or had them read and explained to me. If all or any part of this sentence is probated I certify that I understand the meaning of the order of probation and the conditions of probation. I understand that violation of a special condition of probation could result in revocation of all time remaining on the period of probation.

_____
Defendant

State of Georgia v. __Darius Pennington__
Criminal Action # __SU17CR2454__
SC-6.2 Final Disposition Felony Sentence With Probation
Page 3 of 4

State of Georgia v. Darius Pennington
Criminal Action # SU17CR2454
SC-6.2 Final Disposition Felony Sentence With Probation
Page 4 of 4

SC-6.4(B) Inventory of Special Conditions of Probation

# INVENTORY OF SPECIAL CONDITIONS OF PROBATION

These conditions are hereby incorporated into the Defendant's sentenced by reference. The Defendant is advised that violation of any Special Condition of Probation may subject the Defendant to a revocation of the balance of the period of probation and the Defendant may be required to serve up to the balance of the sentence in confinement. *(Judge to designate conditions to be applied.)*

1. _____ **The Court finds that the Defendant shall pay restitution** in the amount of $ _____ through the probation Office for the benefit of the victim(s) _____ at a rate to be approved by the Court or the Probation Officer.

2. **XXXX** **The Defendant shall report to the Probation Office at** 1334 2nd Avenue Columbus Georgia by no later than _____

3. _____ **The Defendant shall perform** _____ **hours of community service at** the direction of the Probation Officer, to be completed within _____ days of this date, with transportation to be provided by the Defendant.

4. _____ The Defendant is sentenced under the provisions of the **Probation Management Act Sentencing Options System** with a: ☐ sanction cap of Probation Detention Center or Regional Substance Abuse Treatment Facility; or ☐ Court-designated sanction cap of _____

5. _____ **Accountability Court referral.** The Defendant shall enter and complete the _____ Accountability Court and comply with all terms and conditions of that program.

6. _____ Reserved.

7. _____ **Detention Center, Diversion Center, or Boot Camp.** The Defendant shall serve _____ days in a: ☐ Detention Center ☐ County Diversion Center ☐ Boot Camp or ☐ _____ The Defendant shall be subject to the rules and regulations of the facility.
   ☐ The Defendant is sentenced to _____ in confinement, with that time suspended upon acceptance into the facility.
   ☐ Time spent in confinement awaiting acceptance into the facility shall be credited toward the time to be served at the facility.
   ☐ The Defendant may be at liberty until the date of acceptance into the facility.

8. _____ **Regional Substance Abuse Treatment (RSAT) Facility.** The Defendant shall enter and complete a Regional Substance Abuse Treatment Program.
   ☐ The Defendant is sentenced to _____ in confinement, with that time suspended upon acceptance into the facility.

State of Georgia v. D. Pennigton
Criminal Action # SU17CR2454
SC-6.4(B) Inventory of Special Conditions of Probation
Page 1 of 5=

SC-6.4(B) Inventory of Special Conditions of Probation

9. _____ **Day Reporting Center.** The Defendant shall be assigned to a Day Reporting Center and shall be subject to all the rules and regulations of the facility.
☐ The Defendant is sentenced to _____ in confinement, with that time suspended upon acceptance into the facility.

10. **XXXX** **Fourth Amendment waiver.** The Defendant shall submit to a search of person, residence, papers, vehicle, and/or effects at any time of day or night without a search warrant, whenever requested to do so by a Probation Officer or other law enforcement officer upon reasonable cause to believe that the Defendant is in violation of probation or otherwise acting in violation of the law, and the Defendant shall specifically consent to the use of anything seized as evidence in any judicial proceedings or trial.

11. _____ **Specimen; admissibility.** The Defendant shall produce from time to time upon oral or written request by a Probation Officer, a law enforcement officer, or official of a Georgia DHS-approved substance abuse or mental health provider personnel a breath, saliva, urine and/or blood specimen for analysis for the presence of drugs including alcohol. ☐ The Defendant shall waive evidentiary foundation for admissibility of the laboratory results.

12. _____ **Limited or no contact.** The Defendant shall: ☐ stay _____ yards away from ☐ have no violent contact with ☐ have no contact of any kind, in person, or by telephone, mail, or otherwise, with _____ ☐ or with his/her family members ☐ and the Defendant shall not enter the premises of _____.

13. _____ **Harassment, threats.** The Defendant shall not harass, threaten, intimidate, physically or verbally abuse, or harm the following person(s): _____

14. _____ **Family Violence Intervention Program (FVIP).** The Defendant has been convicted of a crime involving family violence and is required to participate in a Family Violence Intervention Program certified by the State.

15. _____ **Records release.** The Defendant shall provide a release which allows the Probation Office to have access to all medical, clinical, treatment, attendance of work records, and for driving and criminal history.

16. _____ **Evaluation and treatment.** The Defendant shall provide verification of evaluation and/or treatment for: ☐ mental health ☐ substance abuse ☐ clinical evaluation ☐ anger management ☐ cognitive skills training ☐ educational training or ☐ _____ at a State- or Court-approved provider at his/her own expense, and shall cooperate and comply with all rules and regulations of the treatment or program, including any aftercare deemed necessary.

State of Georgia v. D. Pennigton
Criminal Action # SU17CR2454
SC-6.4(B) Inventory of Special Conditions of Probation
Page 2 of 5

17. _____ **12-step meetings.** The Defendant shall provide verification of attendance at _____ 12-step meetings or an equivalent per week for _____ consecutive ☐ weeks ☐ months ☐ years.

18. _____ **Diploma, GED, or training certificate.** The Defendant shall provide verification of completion of a high school diploma, GED or vocational training certificate. In the event he/she does not have one, the Defendant shall attend all classes and work successfully toward obtaining a diploma, GED or certificate during the period of probation ☐ and the Defendant shall provide verification of attendance.

19. _____ **Curfew.** The Defendant shall abide by any curfew established by the Probation Officer.

20. **XXXX** **Bar order.** The Defendant shall not enter the confines of: ☐ _____ County or ☒ the **Chattahoochee** Judicial Circuit during the period of probation for any reason whatsoever.

21. _____ **Surrender driver's license.** The Defendant shall surrender any motor vehicle operator's license or permit to the Clerk pursuant to O.C.GA. § 40-5-75.

22. _____ **Ignition interlock.** The Defendant shall have installed and maintain an ignition interlock device for six months in each motor vehicle registered or used by the Defendant. This period will begin when the Defendant has shown to the Court or to Probation Office certification that the Defendant's risk reduction program has been completed and that the ignition interlock system(s) has been installed. this provision shall not allow a defendant to drive while license is under suspension.

23. _____ **Electronic monitoring device.** The Defendant shall submit to: ☐ an alcohol monitoring device ☐ voice verification monitoring ☐ an electronic monitoring device ☐ a GPS monitoring device ☐ a SCRAM monitoring device for a period of: _____ ☐ weeks ☐ months ☐ years. ☐ The Defendant is required to have the device installed prior to release from custody.

24. _____ **Administrative or terminated probation.** The Defendant's probation sentence shall: ☐ become administrative ☐ terminate upon full and timely payment of all sums due hereunder and compliance with all Conditions or Probation, including Special Conditions of Probation.

25. _____ **DNA sample.** The Defendant has been convicted of a felony offense. In accordance with O.C.G.A. § 35-3-160, the Defendant shall provide a DNA sample.

State of Georgia v.  D. Pennigton
Criminal Action #   SU17CR2454
SC-6.4(B) Inventory of Special Conditions of Probation
Page 3 of 5

SC-6.4(B) Inventory of Special Conditions of Probation

26. _____  **Sex offender special conditions.** The Defendant is subject to Special Conditions of Probation as a sex offender. These conditions are described more fully on separate pages which are incorporated into this sentence by reference.

27. _____  **Offense against a minor or dangerous sexual offense special conditions.** The Defendant is subject to Special Conditions of Probation under O.C.G.A.§ 42-8-35(b), as a person who has been convicted of a criminal offense against a minor or a dangerous sexual offense as defined in O.C.G.A.§ 42-1-12. These conditions are described more fully on a separate pages which is incorporated into this sentence by reference.

28. _____  **Stalking or aggravated stalking special conditions.** The Defendant is subject to Special Conditions of Probation for violation of O.C.G.A § 16-5-90 or 16-5-91. These conditions are described more fully on a separate page which is incorporated into this sentence by reference.

29. _____  **Street gang activity.** The Defendant has been convicted of a violation of the Georgia Street Gang Terrorism and Prevention Act and shall not knowingly have contact of any kind or character with any other member or associate of a criminal street gang, shall not participate in any criminal gang activity, and, if this case involved a victim, shall not knowingly have contact of any kind or character with any such victim or any member of any such victim's family or household.

30. _____  **Special probation for drug offense.** The Defendant has been convicted of a drug offense in violation of O.C.G.A. § 16-13-30(b), § 16-13-30(d) or § 16-13-31 and is subject to a special term of probation of three years in addition to the term of imprisonment imposed by the Court. If this is a second violation, the special term of probation shall be six years in addition to the term of imprisonment.

31. _____  **Testify truthfully.** The Defendant shall not refuse to testify, but shall testify fully and truthfully as to all circumstances of this case and any related matters.

32. _____  **Avoid alcohol, drug use.** The Defendant shall: ☐ not consume alcoholic beverages, and not use narcotics or dangerous drugs unless lawfully prescribed ☐ not associate with anyone who uses or possesses illegal drugs ☐ not occupy any residence or vehicle where alcohol or illegal drugs are present ☐ not consume alcohol and operate a motor vehicle ☐ not go to establishments that serve alcohol.

33. _____  **Contagious disease.** The Defendant shall submit to evaluation and provide proof of treatment as required by any governmental unit for any contagious communicable disease constituting a public health risk.

State of Georgia v.  D. Pennigton  
Criminal Action #  SU17CR2454  
SC-6.4(B) Inventory of Special Conditions of Probation  
Page 4 of 5

SC-6.4(B) Inventory of Special Conditions of Probation

**Other special condition(s).** The Defendant shall abide by the following additional special condition(s): _unsupervised probation_

SO ORDERED this __23rd__ day of __August__ 20 __17__

_____
Judge of Superior Court
__Chattahoochee__ Judicial Circuit

__Tracy Moulton__
*(print or stamp Judge's name)*

**Acknowledgment:** I have read the terms of this document or had them read and explained to me. I understand that violation of a special condition of probation could result in revocation of all time remaining on the period of probation.

_____
Defendant

State of Georgia v. __D. Pennington__
Criminal Action # __SU17CR2454__
SC-6.4(B) Inventory of Special Conditions of Probation
Page 5 of 5

17-CR-2454

IN THE SUPERIOR COURT OF MUSCOGEE COUNTY

AUGUST TERM, 2017

STATE OF GEORGIA,

v.

DARIUS TREMAINE PENNINGTON,
Defendant(s).

* CROSSING THE GUARD LINES WITH DRUGS
POSSESSION OF PROHIBITED ITEMS BY
INMATES

PPP - Moulton / R. Campbell

## ACCUSATION

JULIA SLATER
District Attorney
Chattahoochee Judicial Circuit

Received and filed in Office

this 23 day of August, 2017

Ann L. Hardman

Clerk of Superior Court

GEORGIA, MUSCOGEE COUNTY
CLERK'S OFFICE SUPERIOR COURT
FILED IN COURT

AT _____ DEPUTY CLERK

# ACCUSATION

___-CR-___

**STATE OF GEORGIA**
**COUNTY OF MUSCOGEE**

Now comes, Julia Slater, District Attorney of the Chattahoochee Judicial Circuit, who prosecutes for the State of Georgia, in the name and on behalf of the citizens of Georgia, and by virtue of the authority conferred upon her by the laws of said State, as such prosecuting officer charges and accuses **DARIUS TREMAINE PENNINGTON** with the offense of **Crossing the Guard Lines with Drugs** in that the said accused, in the State of Georgia and County of Muscogee, on or about the 15th day of December, 2014, did unlawfully come inside the guard lines established at the Muscogee County Prison, a county correctional institution, with a drug, to wit: Marijuana, in his possession without the knowledge and consent of Warden Dwight Hamrick or Warden Hamrick's Designated Representative, contrary to the laws of said State, the good order, peace, and dignity thereof.

## COUNT 2

The undersigned, as prosecuting attorney, does further charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **Possession of Prohibited Items by Inmates** in that the said accused, in the State of Georgia and County of Muscogee, on or about the 15th day of December, 2014, did, while an inmate of Muscogee County Prison, unlawfully possess a drug, to wit: Marijuana, without the authorization of Warden Dwight Hamrick, the warden, or Warden Hamrick's designated representative, contrary to the laws of said State, the good order, peace, and dignity thereof.

*Julia Slater*
Julia Slater,
District Attorney

# ACCUSATION

_____ -CR- _____

This ____ day of _____, 20____.

_____
Assistant District Attorney

The Defendant waives indictment by Grand Jury, formal Arraignment, a copy of the Bill of Indictment and list of witnesses, and pleads as follows:

(Guilty) Not Guilty: _____
Darius Tremaine Pennington

_____
Counsel for Defendant

We the jury, find the defendant **Darius Tremaine Pennington** as to the following count(s):

Ct. 1: Crossing the Guard Lines with Drugs   _____

Ct. 2: Possession of Prohibited Items by Inmates   _____

This ____ day of _____, 20____.

_____
Foreperson

8U17CR2454
MC 2015 CR 18

STATE OF GEORGIA, Muscogee County:

Personally appeared BAUSCH JOHN M who, on oath, said that to the best of HIS knowledge and belief PENNINGTON DARIUS of Said County, did commit the offense of FELONY 42-5-15C

CROSSING OF GUARDLINES WITH DRUGS
IN THAT SAID DEFENDANT DID CROSS THE GUARDLINES OF THE MUSCOGEE COUNTY PRISON WITH ILLEGAL OR UNAUTHORIZED DRUGS.

of Muscogee, on or about the 15 day of DECEMBER 2014 and this deponent makes this affidavit that a warrant may issue for HIS arrest.

AFFIANT

Sworn to before me this 07 day of JANUARY 2015

Judge, Deputy Clerk, Municipal Court

STATE OF GEORGIA, Muscogee County:

To any Sheriff or his Deputy, Coroner, Constable or Marshall of Said State or to any Policeman of the City of Columbus, Greetings,

For sufficient cause made known to me, you are hereby commanded to arrest the body of PENNINGTON DARIUS charged by BAUSCH JOHN M with the FELONY 42-5-15C

CROSSING OF GUARDLINES WITH DRUGS
IN THAT SAID DEFENDANT DID CROSS THE GUARDLINES OF THE MUSCOGEE COUNTY PRISON WITH ILLEGAL OR UNAUTHORIZED DRUGS.

Committed by the Said PENNINGTON DARIUS in the County of Muscogee on or about the 15 DECEMBER 2014 against the LAWS of this STATE, and bring HIM before me or some other Judicial Officer of this State to be dealt with as the LAW DIRECTS.

Given under my official signature, the 07 day of JANUARY 2015

$_____ bond to _____ Court                                                                 (L.S.)

Judge, Deputy Clerk, Municipal Court

STATE OF GEORGIA, Muscogee County:
To the Jailor of Said County:

PENNINGTON DARIUS Having been arrested on a warrant for the offense of 42-5-15C CROSSING OF GUARDLINES WITH DRUGS and brought before me, after hearing evidence, it is ordered that Said Defendant be committed for trial for the offense of 42-5-15C CROSSING OF GUARDLINES WITH DRUGS and the Jailor of Said County is requested to receive and safely keep Said Defendant until discharged by due process of law.

Witness my hand and seal, this 07 day of JANUARY 2015
$_____ bond to _____ Court                                                                 (L.S.)

Judge, Municipal Court

**WITNESS FOR STATE**

_____
_____ Residence.
_____
_____ Residence.
_____
_____ Residence.

8:30am

TRIED  01-12-2015
AND HELD TO THE SUPERIOR
COURT UNDER _____ BOND

*[signature]*
JUDGE, M.C.C.

Warrant NINE

Case No. MC 2015 CR 18    **H**

Docket _____

# CRIMINAL WARRANT
Municipal Court of Columbus, Georgia

## The State of Georgia
vs.

DEFENDANT 12225865
DARIUS PENNINGTON _____ Defendant
■■■■■■■■■■■■■■■■■ Residence

Charged with Felony, Misdemeanor

PROSECUTOR 8933090
JOHN M BAUSCH _____ Pros.
■■■■■■■■■■■■■■■■■ Residence

### COST

Warrant ............................... $ 2.00
Trial ................................. 2.00
Examining ADDITIONAL Witnesses 50c ____
Issuing WARRANTS Subpoenas at 30c ____
Mittimus ............................. .50
Arrest ............................... 3.00
Serving ............ Subpoenas at 50c ____
Attending Trial ...................... .50
Taking Bond .......................... 2.00
Holding Prisoner Pending
Preliminary Examination .............. 1.50
Total Cost ........................... _____

MC
8430912    TZ8393

Municipal Court of Columbus, Georgia
Marshal
Sheriff

State of Georgia, Muscogee:

Executed the within warrant by arresting the body of defendant _____ taking him, her before _____ Steven D. Smith _____ Judge Municipal Court Columbus for trial this 12 day of JAN 20 15

**STATE OF GEORGIA, Muscogee County:**                                                    MC 2015 CR 19

Personally appeared BAUSCH JOHN M who, on oath, said that to the best of HIS knowledge and belief PENNINGTON DARIUS of Said County, did commit the offense of FELONY 42-5-18B

    POSSESSION OF WEAPONS, INTOXICANTS, DRUGS, TELECOMMUNICATION DEVICES, OR ANY OTHER ARTICLE OR ITEM WITHOUT THE AUTHORIZATION OF THE WARDEN OR SUPERINTENDENT.

of Muscogee, on or about the 15 day of DECEMBER 2014 and this deponent makes this affidavit that a warrant may issue for HIS arrest.

                                                                                                                            **AFFIANT**

Sworn to before me this 07 day of JANUARY 2015

                                                                                               Judge, Deputy Clerk, Municipal Court

---

**STATE OF GEORGIA, Muscogee County:**

To any Sheriff or his Deputy, Coroner, Constable or Marshall of Said State or to any Policeman of the City of Columbus, Greetings,

  For sufficient cause made known to me, you are hereby commanded to arrest the body of PENNINGTON DARIUS charged by BAUSCH JOHN M with the FELONY 42-5-18B

    POSSESSION OF WEAPONS, INTOXICANTS, DRUGS, TELECOMMUNICATION DEVICES, OR ANY OTHER ARTICLE OR ITEM WITHOUT THE AUTHORIZATION OF THE WARDEN OR SUPERINTENDENT.

Committed by the Said PENNINGTON DARIUS in the County of Muscogee on or about the 15 DECEMBER 2014 against the LAWS of this STATE, and bring HIM before me or some other Judicial Officer of this State to be dealt with as the LAW DIRECTS.

Given under my official signature, the 07 day of JANUARY 2015

$_____ bond to _____ Court                                                         (L.S.)

                                                                                          Judge, Deputy Clerk, Municipal Court

---

**STATE OF GEORGIA, Muscogee County:**
**To the Jailor of Said County:**

PENNINGTON DARIUS Having been arrested on a warrant for the offense of 42-5-18B POSSESSION OF WEAPONS, INTOXICANTS, DRUGS, and brought before me, after hearing evidence, it is ordered that Said Defendant be committed for trial for the offense of 42-5-18B POSSESSION OF WEAPONS, INTOXICANTS, DRUGS, and the Jailor of Said County is requested to receive and safely keep Said Defendant until discharged by due process of law.

Witness my hand and seal, this 07 day of JANUARY 2015

$_____ bond to _____ Court                                                         (L.S.)

                                                                              Judge, Municipal Court

**WITNESS FOR STATE**

_____
_____ Residence.

_____
_____ Residence.

_____
_____ Residence.

```
TRIED  01-12-2015   8:50 am
AND HELD TO THE SUPERIOR
COURT UNDER _____ BOND
         [signature]
              JUDGE, M.C.C.
```

Warrant NONE

Case No. __HC 2015 CR 19__   **H**

Docket _____

## CRIMINAL WARRANT
### Municipal Court of Columbus, Georgia

### The State of Georgia
vs.

DEFENDANT 12225865
DARIUS PENNINGTON _____ Defendant

███████████████ Residence

Charged with (Felony) Misdemeanor

PROSECUTOR B933090
JOHN M BAUSCH _____ Pros.

███████████████ Residence

### COST

| | |
|---|---|
| Warrant | $ 2.00 |
| Trial | 2.00 |
| Examining ADDITIONAL Witnesses at 50c | |
| Issuing WARRANTS Subpoenas at 30c | |
| Mittimus | .50 |
| Arrest | 3.00 |
| Serving Subpoenas at 50c | |
| Attending Trial | .50 |
| Taking Bond | 2.00 |
| Holding Prisoner Pending | |
| Preliminary Examination | 1.50 |
| Total Cost | |

MC 8430912  128394

**State of Georgia, Muscogee:**

Executed the within warrant by arresting the body of defendant _____ taking him, her before _____ Steven D. Smith _____ Judge Municipal Court Columbus for trial this __12__ day of __Jan__ 20__15__

Municipal Court of Columbus, Georgia

Marshal
Sheriff