Exhibit-B

Cobb County 2013 Conviction Marijuana and Cocaine

Filed In Office Oct-31-2013 10:50:24
ID# 2013-0133961-CR

## IN THE SUPERIOR COURT OF COBB COUNTY, STATE OF GEORGIA

**STATE OF GEORGIA versus**

**Darius Tremaine Pennington**

**CRIMINAL ACTION #: 13-9-0173-34**
**WARRANT #: 12-W-9390**
**September Term of 2013**

*Clerk to complete if incomplete:*
OTN(s):88387015614
DOB:11/21/1978
Ga. ID#:GA2543910H

Court Rule: www.cobbsuperiorcourtclerk.com
Rebecca Keaton
Clerk of Superior Court Cobb County

**Final Disposition:**
**FELONY CONFINEMENT**

☐ Repeat Offender as imposed below

☐ Repeat Offender waived

FILED IN OPEN COURT THIS October 30, 2013

**PLEA:** ☐ Negotiated ☒ Non-negotiated

**VERDICT:** ☐ Jury ☐ Non-jury

CLERK SUPERIOR COURT
COBB COUNTY, GEORGIA

**The Court enters the following judgment:**

| Count | Charge (as indicted or accused) | Disposition (Guilty, Not Guilty, Guilty-Alford, Guilty-Lesser Incl, Nolo, Nol Pros, Dead Docket) | Sentence | Fine | Concurrent/ Consecutive, Merged, Suspended |
|---|---|---|---|---|---|
| 1 | VGCSA | Guilty | 5 (Five) Years to Serve | ____ | Concurrent w/ Case # 13-9-1860-34 |
| 2 | VGCSA | Guilty | 5 (Five) Years to Serve | ____ | Concurrent w/ Ct. 1 |
| 3 | VGCSA | Guilty | ____ | ____ | Merge into Ct. 2 |
| 4 | Giving a False Name | Guilty | 12 Months to Serve | ____ | Concurrent w/ Cts. 1, 2 |

The Defendant is adjudged guilty. The Court sentences the Defendant to confinement in such institution as the Commissioner of the State Department of Corrections may direct, with the period of confinement to be computed as provided by law.

**Sentence Summary:** The Defendant is sentenced for a total of **5 (Five) Years** to be served in confinement.

The Defendant is to receive credit for time served in custody: ☐ from _____; or ☒ pursuant to O.C.G.A. Section 17-10-11.

☐ The Court sentences the Defendant as a recidivist under O.C.G.A.
  ☐ § 17-10-7(a); ☐ § 17-10-7(c); ☐ § 16-7-1(b); ☐ § 16-8-14(b)

☐ The Defendant shall pay restitution in the amount of $ _____ through the Clerk of Court for the benefit of the victim(s), _____

GEORGIA, COBB COUNTY
I HEREBY CERTIFY THE WITHIN AND FOREGOING TO BE A TRUE, CORRECT AND COMPLETE COPY OF THE ORIGINAL THAT APPEARS OF RECORD.
THIS 13 DAY OF NOV, 2013
DEPUTY CLERK, COBB COUNTY SUPERIOR COURT, COBB COUNTY, GEORGIA

The Hon. **Jacoby Hudson** Attorney at Law, represented the Defendant by:
☑ employment; or ☐ appointment.

The Hon. **Marty First** Attorney at Law, represented the State of Georgia in this Proceeding

**Rhonda Eubanks** certified court reporter, transcribed these proceedings.

SO ORDERED this __30__ day of __OCTOBER__, 2013.

_____
Judge of Superior Court
Cobb Judicial Circuit

Judge S. Lark Ingram
*(print or stamp Judge's name)*

**FIREARMS** – If you are convicted of a crime punishable by imprisonment for a term exceeding one year, or of a misdemeanor crime of domestic violence where you are or were a spouse, intimate partner, parent, or guardian of the victim, or are or were involved in another similar relationship with the victim, it is unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition, pursuant to federal law under 18 U.S.C. § 922(g)(9) and/or applicable state law.

**Acknowledgment:** I have read the terms of this sentence or had them read and explained to me.

_____
Defendant

_____
Assistant District Attorney

_____
Defendant's Attorney

State of Georgia v. Pennington
Criminal Action # 13-9-173-34

```
                                                    Filed In Office Oct-31-2013 10:50:24
                                                    ID# 2013-0133962-CR
                                                              Page 1
```

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA       Court Rule: www.cobbsuperiorcourtclerk.com
                       Rebecca Keaton
                       Clerk of Superior Court Cobb County

STATE OF GEORGIA

v.

<u>Darius Tremaine Pennington</u>          CASE NO. <u>13-9-173-34/ 13-9-1860-34</u>

_____          ATTORNEY: <u>Jacoby Hudson</u>

THE DEFENDANT, BEING SWORN, MAKES THE FOLLOWING ANSWERS TO THE COURT:

Answer

<u>yes</u> 1. Are you able to hear and understand my statements and questions?

<u>yes</u> 2. Do you have an attorney representing you in this case?
        IF YES: <u>yes</u> a. Have you had time to confer with your attorney?
                <u>yes</u> b. Have you conferred with your attorney?
                <u>yes</u> c. Are you satisfied with the services your attorney has rendered
                        on your behalf?
        IF NO: _____ a. Do you understand that you have the right to an attorney and if
                        you cannot afford one, the Court will appoint one for you?
               _____ b. Do you understand that an attorney is trained to understand
                        court proceedings and conduct trials?
               _____ c. Do you understand that an attorney knows how to apply the law
                        and raise legal defenses which are things you may not know?

   Before I can decide whether I will accept your plea of guilty and the sentence recommendation, I must determine if you are making your plea knowingly, intelligently, and voluntarily, that is, whether you know and understand what you are doing and are doing it of your own free will. I will ask you a series of important questions. If you do not understand these questions or words, or want further explanation, stop and tell me or your attorney.

<u>34</u> 3. How old are you?

<u>12TH</u> 4. How far have you gone in school?

<u>no</u> 5. Are you now under the influence of any alcohol, drugs, narcotics, or other medications?

<u>no</u> 6. Have you ever been treated for mental illness?

<u>yes</u> 7. Do you understand what is occurring at this moment?

<u>yes</u> 8. Do you understand that you are charged with |state charge(s)| in this case?

<u>yes</u> 9. Do you understand the nature of these charges, that is, what they mean?

<u>yes</u> 10. Do you understand that for these crimes you could receive a maximum sentence of
     <u>CT1 - 5 - max - 30          40yrs  (2m)  40yrs-fraud case</u>
     *** (and a MANDATORY minimum sentence of _____?)

<u>yes</u> 11. Do you understand that you have a right to plead NOT GUILTY and demand a jury
         trial on the charges against you if you wish to do so?

Case Number: _____

STATE VS. _____

_yes_ 12. Do you understand that in a trial the State of Georgia must prove your guilt of each element of the crime charged against you beyond a reasonable doubt?

_yes_ 13. Do you understand that if you plead NOT GUILTY, the Constitution guarantees you the right to a speedy and public trial by jury; a presumption of innocence; the right to confront and question the witnesses against you; the right to subpoena witnesses; the right to testify and to offer other evidence; the right to not incriminate yourself; and the right to assistance of counsel during trial?

_yes_ 14. Do you understand that by pleading NOT GUILTY or remaining silent and not entering a plea you would obtain a jury trial with all of these rights?

_yes_ 15. Do you understand that if you plead guilty, as you are doing right now, you give up these rights and I may sentence you to the same punishment as if you had plead not guilty, proceeded to trial, and been convicted by a jury?

_yes_ 16. Do you waive your right to a jury trial?

_yes_ 17. Do you understand that the plea of guilty you are entering today could be used against you in a sentence determination should you ever again plead guilty or be found guilty of another crime?

_no_ 18. Other than the plea agreement, has anyone promised you anything to get you to plead guilty?

_no_ 19. Did anyone use force or threats to get you to plead guilty?

_yes_ 20. Did you agree to the plea agreement the Assistant District Attorney just stated to the Court?

_yes_ 21. Before entering your plea of guilty, did you [and your attorney] understand the plea agreement the State just announced and is that the same plea agreement that you just heard the State announce?

_yes_ 22. Do you understand that I do not have to accept the plea agreement made by the Assistant District Attorney and the Defendant?

_yes_ 23. Do you understand that if I decide not to follow the plea agreement, you have the right to withdraw your plea and proceed to trial?

_yes_ 24. Do you freely and voluntarily admit your guilt to the charge(s) of today's plea?

_yes_ 25. Do you freely and voluntarily enter your plea of GUILTY to the charges against you?

_____ 26. FIRST OFFENDER: Have you ever used the Georgia First Offender Treatment Law?

_____ Have you ever pled guilty to, pled Nolo to, or been convicted of a felony?

_____ 27. FIRST OFFENDER: Do you understand that if I grant you first offender treatment and you violate the terms of your sentence, I can re-sentence you to the maximum penalty allowed under the law?

Case Number: _____

STATE VS. _____

*N/A* 29. Do you understand that a plea of guilty may have an impact on your immigration status, including potentially deportation, if you are not a citizen of the United States?

*Yes* 30. Have you heard and understood each of these questions?

The undersigned hereby certify:

I. The Defendant has been informed of his rights and these rights have been explained.
II. The Defendant understands the consequences of the plea of GUILTY.
III. The Defendant enters this plea of GUILTY knowingly and voluntarily.
IV. The Defendant read the above questions and answers or heard them read. The answers are the ones given in open court and they are true and correct.

_____
Defendant

_____
Attorney for Defendant

Witnessed by me, this **30** day of **October**, 20**13**.

_____
Deputy Clerk

I, the undersigned Presiding Judge, hereby certify:

I. The above-named Defendant appeared before me in open court and under oath was asked the questions set forth above to which Defendant responded as set forth above.

II. The Defendant, under oath and in open court, entered a plea of **Guilty** to said charge(s) and further informed the Court that the Defendant has been fully informed of all rights and charges.

III. The plea was made freely, knowingly, and voluntarily by a competent Defendant free from duress, compulsion, undue influence, and promises of leniency.

IV. A satisfactory factual basis for the plea has been established on the record.

_____
Presiding Judge S. Lark Ingram
Superior Court, Cobb County

# JUDGE S. LARK INGRAM

**SUPERIOR COURT OF COBB COUNTY**

**ACCUSATION**

WARRANT NO(S). 12-W-9390                NO. __130173__

**STATE OF GEORGIA**
**VS.**
**DARIUS TREMAINE PENNINGTON**

The Defendant hereby waives indictment and formal arraignment and pleads

__guilty__, this __30__ day of __OCTOBER__, 20__13__.

_____
Defendant

_____
Defendant's Attorney

_____
Assistant District Attorney

**SUPERIOR COURT OF COBB COUNTY, GEORGIA**
**D. VICTOR REYNOLDS, DISTRICT ATTORNEY**

STATE OF GEORGIA, COBB COUNTY
IN THE SUPERIOR COURT OF COBB COUNTY

I, D. VICTOR REYNOLDS, the undersigned prosecuting attorney for the Superior Court of Cobb County, on behalf of the people of the State of Georgia, do hereby charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **VIOLATION OF THE GEORGIA CONTROLLED SUBSTANCES ACT**, for that the said accused, in the County of Cobb and State of Georgia, on and about the **2nd day of October, 2012, did unlawfully possess with intent to distribute a controlled substance, to wit: cocaine, in violation of the Georgia Controlled Substances Act**; contrary to the laws of this State, the good order, peace and dignity thereof.

## COUNT TWO

The undersigned, as prosecuting attorney, does further charge and accuse the said accuse **DARIUS TREMAINE PENNINGTON** with the offense of **VIOLATION OF THE GEORGIA CONTROLLED SUBSTANCES ACT**, for that the said accused, in the County of Cobb and State of Georgia, on and about the **2nd day of October, 2012, did unlawfully possess with intent to distribute marijuana**; contrary to the laws of this State, the good order, peace and dignity thereof.

## COUNT THREE

The undersigned, as prosecuting attorney, does further charge and accuse the said accuse **DARIUS TREMAINE PENNINGTON** with the offense of **VIOLATION OF THE GEORGIA CONTROLLED SUBSTANCES ACT**, for that the said accused, in the County of Cobb and State of Georgia, on and about the 2nd day of October, 2012, **did unlawfully possess and have under his control marijuana, more than one ounce**; contrary to the laws of this State, the good order, peace and dignity thereof.

## COUNT FOUR

The undersigned, as prosecuting attorney, does further charge and accuse the said accuse **DARIUS TREMAINE PENNINGTON** with the offense of **GIVING A FALSE NAME**, for that the said accused, in the County of Cobb and State of Georgia, on and about the 2nd day of October, 2012, **did give a false name of Derrick Harris to E. C. Stockinger, a law enforcement officer in the lawful discharge of his official duties with the intent to mislead the officer as to his identity**; contrary to the laws of this State, the good order, peace and dignity thereof.

*D. Victor Reynolds by M.F*
D. VICTOR REYNOLDS, District Attorney

DATE: 1-9-13

Filed In Office Oct-31-2013 10:50:24
ID# 2013-0133961-CR

IN THE SUPERIOR COURT OF COBB COUNTY, STATE OF GEORGIA

Rebecca Keaton
Clerk of Superior Court Cobb County
Court Rule: www.cobbsuperiorcourtclerk.com

**STATE OF GEORGIA versus**

<u>Darius Tremaine Pennington</u>

**CRIMINAL ACTION #:** <u>13-9-0173-34</u>
**WARRANT #:** <u>12-W-9390</u>
<u>September</u> **Term of 20**<u>13</u>

*Clerk to complete if incomplete:*
OTN(s):88387015614
DOB:11/21/1978
Ga. ID#:GA2543910H

**Final Disposition:**
**FELONY CONFINEMENT**

☐ Repeat Offender as imposed below

☐ Repeat Offender waived

HELD IN COURT
THIS <u>October 30</u>, 20<u>13</u>

CLERK SUPERIOR COURT
COBB COUNTY, GEORGIA

**PLEA:** ☐ Negotiated ☒ Non-negotiated

**VERDICT:** ☐ Jury ☐ Non-jury

The Court enters the following judgment:

| Count | Charge (as indicted or accused) | Disposition (Guilty, Not Guilty, Guilty-Alford, Guilty-Lesser Incl, Nolo, Nol Pros, Dead Docket) | Sentence | Fine | Concurrent/ Consecutive, Merged, Suspended |
|---|---|---|---|---|---|
| 1 | VGCSA | Guilty | 5 (Five) Years to Serve | ____ | Concurrent w/ Case # 13-9-1860-34 |
| 2 | VGCSA | Guilty | 5 (Five) Years to Serve | ____ | Concurrent w/ Ct. 1 |
| 3 | VGCSA | Guilty | ____ | ____ | Merge into Ct. 2 |
| 4 | Giving a False Name | Guilty | 12 Months to Serve | ____ | Concurrent w/ Cts. 1, 2 |

The Defendant is adjudged guilty. The Court sentences the Defendant to confinement in such institution as the Commissioner of the State Department of Corrections may direct, with the period of confinement to be computed as provided by law.

**Sentence Summary:** The Defendant is sentenced for a total of **<u>5 (Five) Years</u>** to be served in confinement.

The Defendant is to receive credit for time served in custody: ☐ from _____; or ☒ pursuant to O.C.G.A. Section 17-10-11.

☐ The Court sentences the Defendant as a recidivist under O.C.G.A.:
   ☐ § 17-10-7(a); ☐ § 17-10-7(c); ☐ § 16-7-1(b); ☐ § 16-8-14(b); or ☐ § _____

☐ The Defendant shall pay restitution in the amount of $_____ through the Clerk of Court for the benefit of the victim(s), _____.

ID# 2013-0133961-CR
Page 2

The Hon. **Jacoby Hudson** Attorney at Law, represented the Defendant by:
☑ employment; or ☐ appointment.

The Hon. **Marty First** Attorney at Law, represented the State of Georgia in this Proceeding

**Rhonda Eubanks** certified court reporter, transcribed these proceedings.

SO ORDERED this  30  day of  OCTOBER , 2013.

_____
Judge of Superior Court
Cobb Judicial Circuit

Judge S. Lark Ingram
*(print or stamp Judge's name)*

**FIREARMS** – If you are convicted of a crime punishable by imprisonment for a term exceeding one year, or of a misdemeanor crime of domestic violence where you are or were a spouse, intimate partner, parent, or guardian of the victim, or are or were involved in another similar relationship with the victim, it is unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition, pursuant to federal law under 18 U.S.C. § 922(g)(9) and/or applicable state law.

**Acknowledgment:** I have read the terms of this sentence or had them read and explained to me.

_____
Defendant

_____
Assistant District Attorney

_____
Defendant's Attorney

State of Georgia v. Pennington
Criminal Action # 13-9-173-34

Filed In Office Oct-31-2013 10:50:24
ID# 2013-0133963-CR
Page 1

Court Rule: www.cobbsuperiorcourtclerk.com
Rebecca Keaton
Clerk of Superior Court Cobb County

## IN THE SUPERIOR COURT FOR THE COUNTY OF COBB

## STATE OF GEORGIA

STATE OF GEORGIA                   September TERM 20 13

VS.                                Case Number: 1390473

_____            Offense: VGCSA

Darius Pennington
**Defendant**

    This is to advise that you have a right to file any action for habeas corpus brought pursuant to Title 9, Chapter 14, Article 2 of the Official Code of Georgia. It must be filed within one year from the judgment of conviction on misdemeanors or four years from the judgment of conviction on felonies becoming final by the conclusion of direct review or the expiration of the time for seeking such review.

    I acknowledge this date the above statement was read to me in open court this 30th day of October, 20 13.

_____
Defendant

_____
Attorney for Defendant

_____
Judge, Cobb Superior Court
Cobb Judicial Circuit

_____
Deputy Clerk, Cobb Superior Court

# JUDGE S. LARK INGRAM

## SUPERIOR COURT OF COBB COUNTY
## ACCUSATION

WARRANT NO(S). 12-W-9390          NO. __130173__

**STATE OF GEORGIA**
**VS.**
**DARIUS TREMAINE PENNINGTON**

The Defendant hereby waives indictment and formal arraignment and pleads

__Guilty__, this __30__ day of __OCTOBER__, 20__13__.

_____          _____
Defendant                                           Defendant's Attorney

                                                             _____
                                                              Assistant District Attorney

**SUPERIOR COURT OF COBB COUNTY, GEORGIA**
**D. VICTOR REYNOLDS, DISTRICT ATTORNEY**

STATE OF GEORGIA, COBB COUNTY
IN THE SUPERIOR COURT OF COBB COUNTY

I, D. VICTOR REYNOLDS, the undersigned prosecuting attorney for the Superior Court of Cobb County, on behalf of the people of the State of Georgia, do hereby charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **VIOLATION OF THE GEORGIA CONTROLLED SUBSTANCES ACT**, for that the said accused, in the County of Cobb and State of Georgia, on and about the **2nd day of October, 2012, did unlawfully possess with intent to distribute a controlled substance, to wit: cocaine,** in violation of the Georgia Controlled Substances Act; contrary to the laws of this State, the good order, peace and dignity thereof.

## COUNT TWO

The undersigned, as prosecuting attorney, does further charge and accuse the said accuse **DARIUS TREMAINE PENNINGTON** with the offense of **VIOLATION OF THE GEORGIA CONTROLLED SUBSTANCES ACT**, for that the said accused, in the County of Cobb and State of Georgia, on and about the **2nd day of October, 2012, did unlawfully possess with intent to distribute marijuana**; contrary to the laws of this State, the good order, peace and dignity thereof.

## COUNT THREE

The undersigned, as prosecuting attorney, does further charge and accuse the said accuse **DARIUS TREMAINE PENNINGTON** with the offense of **VIOLATION OF THE GEORGIA CONTROLLED SUBSTANCES ACT**, for that the said accused, in the County of Cobb and State of Georgia, on and about the 2nd day of October, 2012, **did unlawfully possess and have under his control marijuana, more than one ounce**; contrary to the laws of this State, the good order, peace and dignity thereof.

## COUNT FOUR

The undersigned, as prosecuting attorney, does further charge and accuse the said accuse **DARIUS TREMAINE PENNINGTON** with the offense of **GIVING A FALSE NAME**, for that the said accused, in the County of Cobb and State of Georgia, on and about the 2nd day of October, 2012, **did give a false name of Derrick Harris to E. C. Stockinger, a law enforcement officer in the lawful discharge of his official duties with the intent to mislead the officer as to his identity**; contrary to the laws of this State, the good order, peace and dignity thereof.

*D. Victor Reynolds by M.F*
D. VICTOR REYNOLDS, District Attorney

DATE: 1-9-13