Exhibit-C

Cobb County 2013 Fraud Documents

Filed in Office Oct-31-2013 10:56r14
ID# 2013-0133988-CR

# IN THE SUPERIOR COURT OF COBB COUNTY, STATE OF GEORGIA

*Rebecca Keaton*
Court Rule: www.cobbsuperiorcourtclerk.com
Rebecca Keaton
Clerk of Superior Court Cobb County

**STATE OF GEORGIA versus**

__Darius Tremaine Pennington__

**CRIMINAL ACTION #:** __13-9-1860-34__
**WARRANT #:** __13-W-406__
__September__ **Term of 20**__13__

| | |
|---|---|
| **Clerk to complete if incomplete:** | |
| OTN(s):88388761016 | |
| DOB:11/21/1978 | |
| Ga. ID#:GA2543910H | |

**Final Disposition:**
**FELONY CONFINEMENT**

☐ Repeat Offender as imposed below

☐ Repeat Offender waived  FILED IN COURT THIS Oct ber 30 20 13

**PLEA:**          **VERDICT:**

☐ Negotiated  ☑ Non-negotiated          ☐ Jury ☐ Non-jury

CLE... ...
COBB CO... ...

**The Court enters the following judgment:**

| Count | Charge (as indicted or accused) | Disposition (Guilty, Not Guilty, Guilty-Alford, Guilty-Lesser Incl, Nolo, Nol Pros, Dead Docket) | Sentence | Fine | Concurrent/ Consecutive, Merged, Suspended |
|---|---|---|---|---|---|
| 1 | Identity Fraud | Guilty | 5 (Five) Years to Serve | ——— | Concurrent w/ Case # 13-9-173-34 |
| 2 | Making a False writing | Guilty | 5 (Five) Years to Serve | ——— | Concurrent w/ Ct. 1 |
| 3 | Forgery in the 1st Degree | Guilty | 5 (Five) Years to Serve | ——— | Concurrent w/ Cts. 1, 2 |
| 4 | Forgery in the 1st Degree | Guilty | 5 (Five) Years to Serve | ——— | Concurrent w/ Ct. 1, 2, 3 |

The Defendant is adjudged guilty. The Court sentences the Defendant to confinement in such institution as the Commissioner of the State Department of Corrections may direct, with the period of confinement to be computed as provided by law.

**Sentence Summary:** The Defendant is sentenced for a total of __5 (Five) Years__ ...ed in confinement.

The Defendant is to receive credit for time served in custody: ☐ from _____ ; or ☑ pursuant to O.C.G.A. Section 17-10-11.

☐ The Court sentences the Defendant as a recidivist under O.C.G.A ...
☐ § 17-10-7(a); ☐ § 17-10-7(c); ☐ § 16-7-1(b); ☐ § 16-8-14(b) ...

☐ The Defendant shall pay restitution in the amount of $_____ through the Clerk of Court for the benefit of the victim(s), _____ .

SC-6.5  Final Disposition Continuation of Sentence

NOTE: *May be used to continue any final disposition form when needed*

## IN THE SUPERIOR COURT OF COBB COUNTY, STATE OF GEORGIA

**STATE OF GEORGIA versus**

**Darius Tremaine Pennington**

**CRIMINAL ACTION #:13-9-1860-34**

**WARRANT NO:13-W-406**
**September Term of 2013**

**Final Disposition:**
**CONTINUATION OF SENTENCE**

**The Court enters the following judgment:**

| Count | Charge (as indicted or accused) | Disposition (Guilty, Not Guilty, Guilty-Alford, Guilty-Lesser Incl, Nolo, Nol Pros, Dead Docket) | Sentence | Fine | Concurrent/ Consecutive, Merged, Suspended |
|---|---|---|---|---|---|
| 5 | Making a False Writing | Guilty | 5 (Five) Years to Serve | ____ | Concurrent w/ Cts. 1, 2, 3, 4 |
| 6 | Making a False Writing | Guilty | 5 (Five) Years to Serve | ____ | Concurrent w/ Cts. 1, 2, 3, 4, 5 |
| 7 | Making a False Writing | Guilty | 5 (Five) Years to Serve | ____ | Concurrent w/ Cts. 1, 2, 3, 4, 5, 6 |
| 8 | Making a False Writing | Guilty | 5 (Five) Years to Serve | ____ | Concurrent w/ Cts. 1, 2, 3, 4, 5, 6, 7 |
| 9 | Making a False Writing | Guilty | 5 (Five) Years to Serve | ____ | Concurrent w/ Cts. 1, 2, 3, 4, 5, 6, 7, 8 |

**SO ORDERED** this ___30___ day of ___OCTOBER___, 2013.

_S. Ingram_

Judge of Superior Court
Cobb Judicial Circuit

Judge S. Lark Ingram
*(print or stamp Judge's name)*

Page 1 of 1

ID# 2013-0133988-CR
Page 3

The Hon. **Jacoby Hudson** Attorney at Law, represented the Defendant by:
☑ employment; or ☒ appointment.

The Hon. **Marty First** Attorney at Law, represented the State of Georgia in this Proceeding

**Rhonda Eubanks** certified court reporter, transcribed these proceedings.

SO ORDERED this ___30___ day of ___Oct_____, 2013.

_____
Judge of Superior Court
Cobb Judicial Circuit

Judge S. Lark Ingram_____
(print or stamp Judge's name)

**FIREARMS** – If you are convicted of a crime punishable by imprisonment for a term exceeding one year, or of a misdemeanor crime of domestic violence where you are or were a spouse, intimate partner, parent, or guardian of the victim, or are or were involved in another similar relationship with the victim, it is unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition, pursuant to federal law under 18 U.S.C. § 922(g)(9) and/or applicable state law.

**Acknowledgment:** I have read the terms of this sentence or had them read and explained to me.

_____
Defendant

_____
Defendant's Attorney

_____
Assistant District Attorney

Filed In Office Oct-31-2013 10:56:14
ID# 2013-0133990-CR
Page 1

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

Court Rule #:
Reboce A. Keeton
Clerk of Superior Court Cobb County

STATE OF GEORGIA

v.

CASE NO. 13-9-173-34/ 13-9-1860-34

Darius Tremaine Pennington

_____

ATTORNEY: Jacoby Hudson

**THE DEFENDANT, BEING SWORN, MAKES THE FOLLOWING ANSWERS TO THE COURT:**

Answer

_Yes_ 1. Are you able to hear and understand my statements and questions?

_Yes_ 2. Do you have an attorney representing you in this case?
  IF YES: _Yes_ a. Have you had time to confer with your attorney?
  _Yes_ b. Have you conferred with your attorney?
  _Yes_ c. Are you satisfied with the services your attorney has rendered on your behalf?

  IF NO: _____ a. Do you understand that you have the right to an attorney and if you cannot afford one, the Court will appoint one for you?
  _____ b. Do you understand that an attorney is trained to understand court proceedings and conduct trials?
  _____ c. Do you understand that an attorney knows how to apply the law and raise legal defenses which are things you may not know?

Before I can decide whether I will accept your plea of guilty and the sentence recommendation, I must determine if you are making your plea knowingly, intelligently, and voluntarily, that is, whether you know and understand what you are doing and are doing it of your own free will. I will ask you a series of important questions. If you do not understand these questions or words, or want further explanation, stop and tell me or your attorney.

_34_ 3. How old are you?

_12TH_ 4. How far have you gone in school?

_no_ 5. Are you now under the influence of any alcohol, drugs, narcotics, or other medications?

_no_ 6. Have you ever been treated for mental illness?

_Yes_ 7. Do you understand what is occurring at this moment?

_Yes_ 8. Do you understand that you are charged with __[state charge(s)]__ in this case?

_Yes_ 9. Do you understand the nature of these charges, that is, what they mean?

_Yes_ 10. Do you understand that for these crimes you could receive a maximum sentence of _40yrs - from ca._
  _Ct1 - 5 - max - 30            40yrs (12M)_
  *** (and a MANDATORY minimum sentence of _____?)

_Yes_ 11. Do you understand that you have a right to plead NOT GUILTY and demand a jury trial on the charges against you if you wish to do so?

Case Number: _____

STATE VS. _____

*yes* 12. Do you understand that in a trial the State of Georgia must prove your guilt of each element of the crime charged against you beyond a reasonable doubt?

*yes* 13. Do you understand that if you plead NOT GUILTY, the Constitution guarantees you the right to a speedy and public trial by jury; a presumption of innocence; the right to confront and question the witnesses against you; the right to subpoena witnesses; the right to testify and to offer other evidence; the right to not incriminate yourself; and the right to assistance of counsel during trial?

*yes* 14. Do you understand that by pleading NOT GUILTY or remaining silent and not entering a plea you would obtain a jury trial with all of these rights?

*yes* 15. Do you understand that if you plead guilty, as you are doing right now, you give up these rights and I may sentence you to the same punishment as if you had plead not guilty, proceeded to trial, and been convicted by a jury?

*yes* 16. Do you waive your right to a jury trial?

*yes* 17. Do you understand that the plea of guilty you are entering today could be used against you in a sentence determination should you ever again plead guilty or be found guilty of another crime?

*no* 18. Other than the plea agreement, has anyone promised you anything to get you to plead guilty?

*no* 19. Did anyone use force or threats to get you to plead guilty?

*yes* 20. Did you agree to the plea agreement the Assistant District Attorney just stated to the Court?

*yes* 21. Before entering your plea of guilty, did you [and your attorney] understand the plea agreement the State just announced and is that the same plea agreement that you just heard the State announce?

*yes* 22. Do you understand that I do not have to accept the plea agreement made by the Assistant District Attorney and the Defendant?

*yes* 23. Do you understand that if I decide not to follow the plea agreement, you have the right to withdraw your plea and proceed to trial?

*yes* 24. Do you freely and voluntarily admit your guilt to the charge(s) of today's plea?

*yes* 25. Do you freely and voluntarily enter your plea of GUILTY to the charges against you?

_____ 26. FIRST OFFENDER: Have you ever used the Georgia First Offender Treatment Law?

_____ Have you ever pled guilty to, pled Nolo to, or been convicted of a felony?

_____ 27. FIRST OFFENDER: Do you understand that if I grant you first offender treatment and you violate the terms of your sentence, I can re-sentence you to the maximum penalty allowed under the law?

ID# 2013-0133990-CR-
Page 3

Case Number: _____

STATE VS. _____

*n/a* 29. Do you understand that a plea of guilty may have an impact on your immigration status, including potentially deportation, if you are not a citizen of the United States?

*yes* 30. Have you heard and understood each of these questions?

The undersigned hereby certify:

I.  The Defendant has been informed of his rights and these rights have been explained.
II.  The Defendant understands the consequences of the plea of GUILTY.
III.  The Defendant enters this plea of GUILTY knowingly and voluntarily.
IV.  The Defendant read the above questions and answers or heard them read. The answers are the ones given in open court and they are true and correct.

_____
Defendant

_____
Attorney for Defendant

Witnessed by me, this ___30___ day of ___October___ , 20 _13_.

_____
Deputy Clerk

I, the undersigned Presiding Judge, hereby certify:

I.  The above-named Defendant appeared before me in open court and under oath was asked the questions set forth above to which Defendant responded as set forth above.

II.  The Defendant, under oath and in open court, entered a plea of __Guilty__ to said charge(s) and further informed the Court that the Defendant has been fully informed of all rights and charges.

III.  The plea was made freely, knowingly, and voluntarily by a competent Defendant free from duress, compulsion, undue influence, and promises of leniency.

IV.  A satisfactory factual basis for the plea has been established on the record.

_____
Presiding Judge S. Lark Ingram
Superior Court, Cobb County

# JUDGE INGRAM

## GENERAL BILL OF INDICTMENT

RE: Warrant(s)
13-W-406

NO. **131860**
COBB SUPERIOR COURT

WITNESSES:
P David Chesney, Cobb County Sheriff's Office

### MARCH/APRIL TERM 2013

### THE STATE OF GEORGIA

### V.

### DARIUS TREMAINE PENNINGTON

Ct. 1: Identity Fraud
Ct. 2: Making a False Writing
Ct. 3-4: Forgery in the First Degree
Ct. 5-9: Making a False Writing

**S**

*True* **BILL**

Date _May 9_ , 20 _13_

Delivered in open Court by:

_Ilse Reider_

Grand Jury Foreperson

Grand Jury Bailiff

REBECCA KEATON, Clerk, S. C.

### D. VICTOR REYNOLDS,
#### District Attorney, Cobb Judicial Circuit

The Defendant herein waives copy of indictment, list of witnesses, formal arraignment and pleads _NOT_ Guilty.

Defendant

Attorney for Defendant

Assistant District Attorney

The Defendant herein waives copy of indictment, list of witnesses, formal arraignment and pleads ____ Guilty.

Defendant

Attorney for Defendant

Assistant District Attorney

10-30-13

*wrong, reformed, inadvertently, signed my name*

ID# 2013-0057537-CR
Page 2

ID# 2013-0133991-CR
Page 2

ID# 2013-0110911-CR
Page 2

STATE OF GEORGIA, COUNTY OF COBB

IN THE SUPERIOR COURT OF SAID COUNTY

THE GRAND JURORS selected, chosen and sworn for the County of Cobb, to wit:

| | |
|---|---|
| Sherie Anderson Britain | ~~Seth David Lafera - Alt #2~~ |
| June Leffew Brown – Asst. Foreperson | Jesse Patrick Manska |
| ~~Walter Andrew Brunson~~ | Melissa Lynn Meyer |
| Carol Campagne-Vazquez | Dennis Patrick Mostyn |
| ~~Carla Eugenia Criswell~~ | Joseph Kyle Orr, IV |
| Ophelia Durham | Magdaleno Ortiz |
| Melodie Sarah Edwards | Theresa Almeda Penfield - Clerk |
| Crystal Glover Wilborn | Gregory A. Piligian |
| Nikki Crooms Gordon | Donna Nelson Rodman |
| Jesse Moore Hallmark, Jr. - Foreperson | Karen Taylor Rubenfield |
| Robert Clarence Hipps | Fieonna R. Tucker |
| Jesse L. Johnson | Terry Lynn Turk |
| Jonathan Damian King – Alt #1 | |

ID# 2013-0057537-CR
Page 3

## COUNT 1

The Grand Jurors, aforesaid, in the name and behalf of the citizens of Georgia, charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **IDENTITY FRAUD, O.C.G.A. 16-9-121,** for that the said accused person, in the County of Cobb and State of Georgia, **between the 8th day of August, 2011, and the 3rd day of January, 2012,** without authorization, did willfully and fraudulently use identifying information of Derrick Monte Harris, to-wit: his name and date of birth, contrary to the laws of said State, the good order, peace and dignity thereof.

## COUNT 2

and the Grand Jurors, aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **MAKING A FALSE WRITING, O.C.G.A. 16-10-20,** for that the said accused person, in the County of Cobb and State of Georgia, **on or about the 8th day of August, 2011,** knowingly and willfully make a false document knowing said document contained a false entry, to-wit: a fingerprint card signed in the name of Derrick Harris, in a matter within the jurisdiction of the Cobb County Sheriff's Office, a department of the government of Cobb County, Georgia, contrary to the laws of said State, the good order, peace and dignity thereof.

## COUNT 3

and the Grand Jurors, aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **FORGERY IN THE FIRST DEGREE, O.C.G.A. 16-9-1(b),** for that the said accused person, in the County of Cobb and State of Georgia, **on or about the 8th day of August, 2011,** with intent to defraud, did knowingly make a writing, to-wit: an "Agreement for Bail Bond", in such a manner that said writing as made purported to have been made by Derrick Harris, another person, and did utter and deliver said writing, contrary to the laws of said State, the good order, peace and dignity thereof.

ID# 2013-0133991-CR
Page 3

ID# 2013-0110911-CR
Page 3

ID# 2013-0057537-CR
Page 4

## COUNT 4

and the Grand Jurors, aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **FORGERY IN THE FIRST DEGREE, O.C.G.A. 16-9-1(b),** for that the said accused person, in the County of Cobb and State of Georgia, **on or about the 8th day of August, 2011,** with intent to defraud, did knowingly make a writing, to-wit: entitled "Terms and Conditions of Bond", in such a manner that said writing as made purported to have been made by Derrick Harris, another person, and did utter and deliver said writing, contrary to the laws of said State, the good order, peace and dignity thereof.

## COUNT 5

and the Grand Jurors, aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **MAKING A FALSE WRITING, O.C.G.A. 16-10-20,** for that the said accused person, in the County of Cobb and State of Georgia, **on or about the 3rd day of January, 2012,** knowingly and willfully make a false document knowing said document contained a false entry, to-wit: a sentence sheet in Cobb County State Court case number 11T-15892, signed in the name of Derrick Harris, in a matter within the jurisdiction of the Cobb County State Court, a department of the government of Cobb County, Georgia, contrary to the laws of said State, the good order, peace and dignity thereof.

## COUNT 6

and the Grand Jurors, aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **MAKING A FALSE WRITING, O.C.G.A. 16-10-20,** for that the said accused person, in the County of Cobb and State of Georgia, **on or about the 3rd day of January, 2012,** knowingly and willfully make a false document knowing said document contained a false entry, to-wit: a "Sentence Enforcement Unit-Unconditional Release of Information" in Cobb County State Court case number 11T-15892, signed in the name of Derrick Harris, in a matter within the jurisdiction of the Cobb County State Court, a department of the government of Cobb County, Georgia, contrary to the laws of said State, the good order, peace and dignity thereof.

ID# 2013-0057537-CR
Page 5

## COUNT 7

and the Grand Jurors, aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **MAKING A FALSE WRITING, O.C.G.A. 16-10-20,** for that the said accused person, in the County of Cobb and State of Georgia, **on or about the 3rd day of January, 2012,** knowingly and willfully make a false document knowing said document contained a false entry, to-wit: a "Sentence Enforcement Unit-Certificate of Service" in Cobb County State Court case number 11T-15892, signed in the name of Derrick Harris, in a matter within the jurisdiction of the Cobb County State Court, a department of the government of Cobb County, Georgia, contrary to the laws of said State, the good order, peace and dignity thereof.

## COUNT 8

and the Grand Jurors, aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **MAKING A FALSE WRITING, O.C.G.A. 16-10-20,** for that the said accused person, in the County of Cobb and State of Georgia, **on or about the 2nd day of July, 2012,** knowingly and willfully make a false document knowing said document contained a false entry, to-wit: a re-sentence sheet in Cobb County State Court case number 11T-15892, signed in the name of Derrick Harris, in a matter within the jurisdiction of the Cobb County State Court, a department of the government of Cobb County, Georgia, contrary to the laws of said State, the good order, peace and dignity thereof.

## COUNT 9

and the Grand Jurors, aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **MAKING A FALSE WRITING, O.C.G.A. 16-10-20,** for that the said accused person, in the County of Cobb and State of Georgia, **on or about the 17th day of August, 2012,** knowingly and willfully make a false document knowing said document contained a false entry, to-wit: a "return notice" in Cobb County State Court case number 11T-15892, signed in the name of Derrick Harris, in a matter within the jurisdiction of the Cobb County State Court, a department of the government of Cobb County, Georgia, contrary to the laws of said State, the good order, peace and dignity thereof.

D. VICTOR REYNOLDS, District Attorney

## JUDGE INGRAM

## GENERAL BILL OF INDICTMENT

RE: Warrant(s)
13-W-406

NO. **131860**
COBB SUPERIOR COURT

WITNESSES:
**P David Chesney, Cobb County Sheriff's Office**

### MARCH/APRIL TERM 2013

### THE STATE OF GEORGIA

### V.

### DARIUS TREMAINE PENNINGTON

**Ct. 1: Identity Fraud**
**Ct. 2: Making a False Writing**
**Ct. 3-4: Forgery in the First Degree**
**Ct. 5-9: Making a False Writing**

_____ True _____ **BILL**    Date ___ May 9 ___, 20 _13_

Delivered in open Court by:

_____
Grand Jury Foreperson

_____
Grand Jury Bailiff

REBECCA KEATON, Clerk, S. C.

**D. VICTOR REYNOLDS,**
District Attorney, Cobb Judicial Circuit

The Defendant herein waives copy of
indictment, list of witnesses, formal
arraignment and pleads _NOT_ Guilty.

_____
Defendant

_____
Attorney for Defendant

_____
Assistant District Attorney

The Defendant herein waives copy of
indictment, list of witnesses, formal
arraignment and pleads _____ Guilty.

_____
Defendant

_____
Attorney for Defendant

_____
Assistant District Attorney

ID# 2013-0057537-CR
Page 2

STATE OF GEORGIA, COUNTY OF COBB

IN THE SUPERIOR COURT OF SAID COUNTY

THE GRAND JURORS selected, chosen and sworn for the County of Cobb, to wit:

Sherie Anderson Britain

June Leffew Brown – Asst. Foreperson

~~Walter Andrew Brunson~~

Carol Campagne-Vazquez

~~Carla Eugenia Criswell~~

Ophelia Durham

Melodie Sarah Edwards

Crystal Glover Wilborn

Nikki Crooms Gordon

Jesse Moore Hallmark, Jr. - Foreperson

Robert Clarence Hipps

Jesse L. Johnson

Jonathan Damian King – Alt #1

~~Seth David Lafera – Alt #2~~

Jesse Patrick Manska

Melissa Lynn Meyer

Dennis Patrick Mostyn

Joseph Kyle Orr, IV

Magdaleno Ortiz

Theresa Almeda Penfield - Clerk

Gregory A. Piligian

Donna Nelson Rodman

Karen Taylor Rubenfield

Fieonna R. Tucker

Terry Lynn Turk

ID# 2013-0057537-CR
Page 3

## COUNT 1

The Grand Jurors, aforesaid, in the name and behalf of the citizens of Georgia, charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **IDENTITY FRAUD, O.C.G.A. 16-9-121,** for that the said accused person, in the County of Cobb and State of Georgia, **between the 8th day of August, 2011, and the 3rd day of January, 2012,** without authorization, did willfully and fraudulently use identifying information of Derrick Monte Harris, to-wit: his name and date of birth, contrary to the laws of said State, the good order, peace and dignity thereof.

## COUNT 2

and the Grand Jurors, aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **MAKING A FALSE WRITING, O.C.G.A. 16-10-20,** for that the said accused person, in the County of Cobb and State of Georgia, **on or about the 8th day of August, 2011,** knowingly and willfully make a false document knowing said document contained a false entry, to-wit: a fingerprint card signed in the name of Derrick Harris, in a matter within the jurisdiction of the Cobb County Sheriff's Office, a department of the government of Cobb County, Georgia, contrary to the laws of said State, the good order, peace and dignity thereof.

## COUNT 3

and the Grand Jurors, aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **FORGERY IN THE FIRST DEGREE, O.C.G.A. 16-9-1(b),** for that the said accused person, in the County of Cobb and State of Georgia, **on or about the 8th day of August, 2011,** with intent to defraud, did knowingly make a writing, to-wit: an "Agreement for Bail Bond", in such a manner that said writing as made purported to have been made by Derrick Harris, another person, and did utter and deliver said writing, contrary to the laws of said State, the good order, peace and dignity thereof.

ID# 2013-0110911-CR
Page 3

ID# 2013-0057537-CR
Page 4

## COUNT 4

and the Grand Jurors, aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **FORGERY IN THE FIRST DEGREE, O.C.G.A. 16-9-1(b),** for that the said accused person, in the County of Cobb and State of Georgia, **on or about the 8th day of August, 2011**, with intent to defraud, did knowingly make a writing, to-wit: entitled "Terms and Conditions of Bond", in such a manner that said writing as made purported to have been made by Derrick Harris, another person, and did utter and deliver said writing, contrary to the laws of said State, the good order, peace and dignity thereof.

## COUNT 5

and the Grand Jurors, aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **MAKING A FALSE WRITING, O.C.G.A. 16-10-20,** for that the said accused person, in the County of Cobb and State of Georgia, **on or about the 3rd day of January, 2012**, knowingly and willfully make a false document knowing said document contained a false entry, to-wit: a sentence sheet in Cobb County State Court case number 11T-15892, signed in the name of Derrick Harris, in a matter within the jurisdiction of the Cobb County State Court, a department of the government of Cobb County, Georgia, contrary to the laws of said State, the good order, peace and dignity thereof.

## COUNT 6

and the Grand Jurors, aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **MAKING A FALSE WRITING, O.C.G.A. 16-10-20,** for that the said accused person, in the County of Cobb and State of Georgia, **on or about the 3rd day of January, 2012**, knowingly and willfully make a false document knowing said document contained a false entry, to-wit: a "Sentence Enforcement Unit-Unconditional Release of Information" in Cobb County State Court case number 11T-15892, signed in the name of Derrick Harris, in a matter within the jurisdiction of the Cobb County State Court, a department of the government of Cobb County, Georgia, contrary to the laws of said State, the good order, peace and dignity thereof.

ID# 2013-0110911-CR
Page 4

ID# 2013-0057537-CR

## COUNT 7

Page 5

and the Grand Jurors, aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **MAKING A FALSE WRITING**, O.C.G.A. 16-10-20, for that the said accused person, in the County of Cobb and State of Georgia, **on or about the 3rd day of January, 2012,** knowingly and willfully make a false document knowing said document contained a false entry, to-wit: a "Sentence Enforcement Unit-Certificate of Service" in Cobb County State Court case number 11T-15892, signed in the name of Derrick Harris, in a matter within the jurisdiction of the Cobb County State Court, a department of the government of Cobb County, Georgia, contrary to the laws of said State, the good order, peace and dignity thereof.

## COUNT 8

and the Grand Jurors, aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **MAKING A FALSE WRITING**, O.C.G.A. 16-10-20, for that the said accused person, in the County of Cobb and State of Georgia, **on or about the 2nd day of July, 2012,** knowingly and willfully make a false document knowing said document contained a false entry, to-wit: a re-sentence sheet in Cobb County State Court case number 11T-15892, signed in the name of Derrick Harris, in a matter within the jurisdiction of the Cobb County State Court, a department of the government of Cobb County, Georgia, contrary to the laws of said State, the good order, peace and dignity thereof.

## COUNT 9

and the Grand Jurors, aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **DARIUS TREMAINE PENNINGTON** with the offense of **MAKING A FALSE WRITING**, O.C.G.A. 16-10-20, for that the said accused person, in the County of Cobb and State of Georgia, **on or about the 17th day of August, 2012,** knowingly and willfully make a false document knowing said document contained a false entry, to-wit: a "return notice" in Cobb County State Court case number 11T-15892, signed in the name of Derrick Harris, in a matter within the jurisdiction of the Cobb County State Court, a department of the government of Cobb County, Georgia, contrary to the laws of said State, the good order, peace and dignity thereof.

D. VICTOR REYNOLDS, District Attorney

ID# 2013-0110911-C

Page 5

CRIMINAL WARRANT    13-9-1860

Warrant No. 13-W-406  Case No. 12-08499

## MAGISTRATE COURT OF COBB COUNTY
## GEORGIA, COBB COUNTY

**Warrant No. 13-W-406**
**Police Case No. 12-08499**

Personally came P D Chesney who makes oath before a Magistrate of this Court that Darius Tremaine Pennington (hereinafter called the accused) AKA: did, on 8/8/2011 at 10:27 AM at 1825 County Services Pkwy, Marietta in the County of Cobb, Georgia, commit the offense of FALSE STMT/WRIT:CONCEAL FACT(F) violating O.C.G.A, Section 16-10-20,for that said accused did knowingly and willfully falsify, conceal, or cover up by a trick, scheme, or device a material fact; or did make a false, fictitious, or fraudulent statement or representation; or did make or use a false writing or document, knowing the same to contain a false, fictitious, or fraudulent statement or entry in a matter within the jurisdiction of a department or agency of city, state or county government, to wit: said accused did falsely sign the fingerprint card as Derrick Harris during the booking process at the Cobb County Adult Detention Center thereby creating a Cobb County arrest and detention record in the name of Derrick Harris and allowing the fingerprint card to be submitted to the State of Georgia under the name of Derrick Harris;between 8/8/2011 at 10:00 PM and 8/8/2011 at 11:00 PM at 1485 County Services Pkwy,Marietta in the County of Cobb,Georgia, commit the offense of IDENTITY FRAUD(F) violating O.C.G.A, Section 16-9-121,for that said accused did willfully and fraudulently, without the authorization or consent of Derrick Harris, use identifying information concerning Derrick Harris, to wit: said accused did use the personal identifiers of said victim without the consent or knowledge of said victim on an bond agreement with Bond, James Bond, Inc. in order to bond out of the Cobb County Detention Center regarding an arrest where said accused presented said victim's name and date of birth as his own identifiers to the Cobb County Police Department;on 1/3/2012 at 08:30 AM at 12 East Park Square, Marietta in the County of Cobb, Georgia, commit the offense of PERJURY(F) violating O.C.G.A, Section 16-10-70,for that said accused did, while being under oath in a judicial proceeding, knowingly and willfully make a false statement, to wit: said accused did, under oath, affirm he was Derrick Harris to Hon. Bridgette Campbell, Judge State Court of Cobb County, during a State Court proceeding in which said accused did enter a plea with the State Court of Cobb County as Derrick Harris regarding criminal charges stemming from an arrest on 08/08/2011 where said accused did present the personal identifiers of Derrick Harris as his own;on 1/3/2012 at 08:30 AM at 12 East Park Square, Marietta in the County of Cobb, Georgia, commit the offense of FALSE STMT/WRIT:CONCEAL FACT(F) violating O.C.G.A, Section 16-10-20,for that said accused did knowingly and willfully falsify, conceal, or cover up by a trick, scheme, or device a material fact; or did make a false, fictitious, or fraudulent statement or representation; or did make or use a false writing or document, knowing the same to contain a false, fictitious, or fraudulent statement or entry in a matter within the jurisdiction of a department or agency of city, state or county government, to wit: said accused did sign and present a plea agreement, signed as Derrick Harris to the State Court of Cobb County without the permission of Derrick Harris;on 1/3/2012 at 08:30 AM at 12 East Park Square, Marietta in the County of Cobb, Georgia, commit the offense of FALSE STMT/WRIT:CONCEAL FACT(F) violating O.C.G.A, Section 16-10-20,for that said accused did knowingly and willfully falsify, conceal, or cover up by a trick, scheme, or device a material fact; or did make a false, fictitious, or fraudulent statement or representation; or did make or use a false writing or document, knowing the same to contain a false, fictitious, or fraudulent statement or entry in a matter within the jurisdiction of a department or agency of city, state or county government, to wit: said accused did sign and present a completed probation induction application and agreement signed as Derrick Harris to the Sentence Enforcement Unit, a Probation division under the auspices of the State Court of Cobb County without the permission of Derrick Harris;on 7/2/2012 at 08:30 AM at 12 East Park Square, Marietta in the County of Cobb, Georgia, commit the offense of PERJURY(F) violating O.C.G.A, Section 16-10-70,for that said accused did, while being under oath in a judicial proceeding, knowingly and willfully make a false statement, to wit: said accused did, under oath, affirm he was Derrick Harris to Hon.

As the issuing judge/affiant,

ID# 2013-0057994-CR
Page 2

Bridgette Campbell, Judge State Court of Cobb County, during a State Court proceeding in which said accused did enter a plea with the State Court of Cobb County as Derrick Harris to correct the original plea agreement, entered on 01/03/12, regarding criminal charges stemming from an arrest on 08/08/2011 where said accused did present the personal identifiers of Derrick Harris as his own;on 7/2/2012 at 08:30 AM at 12 East Park Square, Marietta in the County of Cobb, Georgia, commit the offense of FALSE STMT/WRIT:CONCEAL FACT(F) violating O.C.G.A, Section 16-10-20,for that said accused did knowingly and willfully falsify, conceal, or cover up by a trick, scheme, or device a material fact; or did make a false, fictitious, or fraudulent statement or representation; or did make or use a false writing or document, knowing the same to contain a false, fictitious, or fraudulent statement or entry in a matter within the jurisdiction of a department or agency of city, state or county government, to wit: said accused did sign and present an plea agreement, signed as Derrick Harris to the State Court of Cobb County;on 8/17/2012 at 08:30 AM at 12 East Park Square, Marietta in the County of Cobb, Georgia, commit the offense of FALSE STMT/WRIT:CONCEAL FACT(F) violating O.C.G.A, Section 16-10-20,for that said accused did knowingly and willfully falsify, conceal, or cover up by a trick, scheme, or device a material fact; or did make a false, fictitious, or fraudulent statement or representation; or did make or use a false writing or document, knowing the same to contain a false, fictitious, or fraudulent statement or entry in a matter within the jurisdiction of a department or agency of city, state or county government, to wit: said accused did sign a State Court of Cobb County continuance as Derrick Harris, agreeing to a new court date of 09/21/2012 in which said accused did fail to appear for the court date resulting in a State Court Violation of Probation warrant be issued in the name of Derrick Harris resulting in the subsequent arrest of the true Derrick Harris;

and affiant makes this affidavit that a warrant may issue for the arrest of the accused.

Affiant: P D Chesney
Badge No. so05001

Sworn to and subscribed before me, this 12th day of January, 2013.

Magistrate : Nichole Hair

## To any Sheriff, Deputy Sheriff, Coroner, Constable, or Marshall or said State —

## GREETINGS:
For sufficient cause made known to me in the above affidavit, incorporated by reference herein, and other sworn testimony established probable cause for the arrest of the accused, you are therefore commanded to arrest **Darius Tremaine Pennington** accused named in the foregoing affidavit charged by the prosecutor therein with the offense against the laws of this State named in said affidavit and bring the accused before me, or some other judicial officer of Georgia, to be dealt with as the law directs. HEREIN FAIL NOT. This 12th day of January, 2013.

MAGISTRATE: Nichole Hair

ID# 2013-0057994-CR
Page 3

Warrant No. 13-W-406 Case No. 12-08499

| This Criminal Warrant is DISMISSED for the following reason: | This Criminal Warrant is transferred to the State Court of Cobb County for the following reasons: |
|---|---|
| ☐ The affiant has requested a dismissal and all costs have been paid. | ☐ This Court heard evidence in a committal hearing and determined that probable cause existed. |
| ☐ The prosecutor has requested dismissal – see attached paperwork. | ☐ The accused waived a committal/probable cause hearing. |
| ☐ Failure of the prosecuting witness to appear for a scheduled hearing after valid service of subpoena. | ☑ Administratively transferred without waiving any rights the defendant may have in the Magistrate Court. |
| ☐ After this court heard evidence in a committal hearing it is determined that no probable cause exists. | |
| ☐ Other reason: | |

This the ___ day of ___

MAGISTRATE

This the 21 day of Feb 2013

MAGISTRATE

001002145

---

Warrant No. 13-W-406
Police Case No. 12-08499

## MAGISTRATE COURT OF COBB COUNTY
## CRIMINAL WARRANT

### THE STATE

**VERSUS**

Darius Tremaine Pennington
751 Fairburn Rd Apt 1334 (LKA)
Atlanta, GA, 30331

001002145

BOND: $ 50,000

### CHARGE

FALSE STMT/WRIT;CONCEAL FACT(F); IDENTITY FRAUD(F); PERJURY(F); FALSE STMT/WRIT;CONCEAL FACT(F); FALSE STMT/WRIT;CONCEAL FACT(F); PERJURY(F); FALSE STMT/WRIT;CONCEAL FACT(F); FALSE STMT/WRIT;CONCEAL FACT(F);

Georgia, Cobb County
I affirm, this date, the Defendant was arrested and placed in the Cobb County Jail.
This 14 day of Feb 2013

Arresting Officer

Initial Appearance Hearing held on
___ day of FEB 15 2013

MAGISTRATE

Officer Name: P D Chesney    Address: 185 Roswell Street, Marietta, GA 30090 Phone: 770-499-4600

Witnesses for the State
     , ,     (o) (h)

GEORGIA, COBB COUNTY
I have this day executed this warrant
by placing ___
in the Cobb County Jail
this ___ 20___

Co_Defendant:    WARRANT LOG IN STAMP DATE: 1-12-13

JAIL SURCHARGE: 500 (RNG FUND: 200 + 20)

TOTAL BOND: 55,420.00

ID# 2013-0057994-CR
Page 4
Printed: 02/15/13 0:47

COBB SHERIFF'S OFFICE ARREST/BOOKING REPORT

| Agency ID | Arrest Date/Time | Booking Started | Booking Complete | Admission Type |
|---|---|---|---|---|
| GA0330000 | 02/14/13 01:25 | 02/14/13 02:51 | 02/14/13 11:42 | Walk-In |

| Defendant Name | | Race | Sex | Date of Birth | Place Of Birth |
|---|---|---|---|---|---|
| **PENNINGTON, DARIUS TREMAINE** | | B | M | 1978 | GA |
| Alias/AKA **HARRIS, DERRICK MONTE** | | | | | |

| Ht | Wt | Hair | Eyes | | St | SOID # |
|---|---|---|---|---|---|---|
| **511** | **185** | **BLK** | **BRO** | | | **001002145** |

Address - Number and Street

Employment Status At Arrest
**Unemployed**

| City | State | Zip |
|---|---|---|
| Phone Number: | **(404) 732-3513** | |
| Booking Officer | | |
| **S06047** | | |

VISIBLE SCARS AND MARKS

| Code | Description |
|---|---|
| TAT L HND | RIBBON W/ HARD & FAST |
| TAT LF ARM | CROSS |
| TAT LF ARM | SKELETON |
| TAT RF ARM | ONLY THE STRONG SURVIVE |
| TAT RF ARM | FIST |

ACTIVE DETAINERS

| Detainer Type | Date Added | Set By | Issuing Agency | Released Date |
|---|---|---|---|---|
| | | | | |

| Arrest Agency/Officer | Location of Arrest | Serial # |
|---|---|---|
| **GA0330000 / SHIREMAN** | **CCADF** | **000814786** |

| Case Number **12-08499** | Court Date: | Warrant No: **13-W-406** |
|---|---|---|
| Bond: **$50,000.00** | Court: | Method of **Original Arrest** |
| Offense | Judge: **Hair** | Admission: |

| Offense Date | Citation # | Statute Code | Offense | Grade |
|---|---|---|---|---|
| 08/08/11 | | OCGA16-10-20 | False Statements or Writings, Conceal Facts or Fraudulent Documents in Matters of Government (Felony) | FU |
| 08/08/11 | | OCGA16-9-121(a)(1) | Identity Theft Fraud When Using/Possessing Identifying Info Concerning a Person (Felony) | FU |
| 01/03/12 | | OCGA16-10-70 | Perjury (Felony) | FU |
| 01/03/12 | | OCGA16-10-20 | False Statements or Writings, Conceal Facts or Fraudulent Documents in Matters of Government (Felony) | FU |
| 01/03/12 | | OCGA16-10-20 | False Statements or Writings, Conceal Facts or Fraudulent Documents in Matters of Government (Felony) | FU |
| 07/02/12 | | OCGA16-10-70 | Perjury (Felony) | FU |
| 07/02/12 | | OCGA16-10-20 | False Statements or Writings, Conceal Facts or Fraudulent Documents in Matters of Government (Felony) | FU |
| 08/17/12 | | OCGA16-10-20 | False Statements or Writings, Conceal Facts or Fraudulent Documents in Matters of Government (Felony) | FU |

Release Date:
Released To:

Release SO Number:

DISTRICT ATTORNEY
COBB JUDICIAL CIRCUIT
WARRANT/DOCKET ROOM
2013 MAR -1 AM 7:58
RECEIVED

Subject: mid TCN: 4563042042 - GBI Identification Response
Message:
TYPE:mid

ID# 2013-0057994-CR
Page 5

LSTCN:4563042042

GBITCN:30453047039990

13-9-1860

DATE/TIME:2013-02-14 19:29:28

NAME:PENNINGTON, DARIUS

SID:2543910H

OTN:88388761016

OCA:000814786

FBI:17099JB7

IDENT:RECORD ON FILE