Exhibit-D

Fulton County 2005 Marijuana Records

## ACCUSATION

Clerk's No. 03SC10930

### FULTON SUPERIOR COURT

| THE STATE OF GEORGIA | 1 POSSESSION OF MARIJUANA WITH INTENT TO DISTRIBUTE O.C.G.A. §16-13-30 |
|---|---|
| V. | 2 DRIVING WITH SUSPENDED LICENSE O.C.G.A. §40-5-121 (Misdemeanor) |
| Darius T. Pennington | |

Upon motion of Asst. Dist. Atty. J. Wight the within indictment is ordered placed upon the dead docket and the surety is relieved of liability in this case unless judgment has been entered against the bond.

This the 18 day of ___ , 05

JUDGE, FULTON SUPERIOR COURT, A.J.C.

As to Count 2 only

PAUL L. HOWARD, JR., District Attorney
(by T.W.)

COPY
FILED IN OFFICE
JAN 2 0 2005
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

| The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads ✓ Guilty to Ct 1. | The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads ___ Guilty | The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads ___ Guilty |
|---|---|---|
| Defendant | Defendant | Defendant |
| Attorney for Defendant | Attorney for Defendant | Attorney for Defendant |
| Assistant District Attorney | Assistant District Attorney | Assistant District Attorney |
| This 18th day of Jan , 2005 | This ___ day of ___ , | This ___ day of ___ |

*List of Witnesses appears on the last page

BOOK PAGE
N 453   053

## STATE of GEORGIA, COUNTY OF FULTON

## IN THE SUPERIOR COURT OF SAID COUNTY

On behalf of the People of the State of Georgia, the undersigned, **Paul L. Howard, Jr.**, District Attorney, as prosecuting attorney for the County and State aforesaid does charge and accuse **Darius T. Pennington** with the offense of **POSSESSION OF MARIJUANA WITH INTENT TO DISTRIBUTE O.C.G.A. §16-13-30** for the said accused, in the County of Fulton and State of Georgia, on the **21st day of November, 2003, DID UNLAWFULLY POSSESS AND HAVE UNDER HIS CONTROL MARIJUANA, WITH INTENT TO DISTRIBUTE SAID MARIJUANA;** - contrary to the laws of said State, the good order, peace and dignity thereof;

### COUNT 2 of 2

The undersigned, as prosecuting attorney, does further charge and accuse **Darius T. Pennington** with the offense of **DRIVING WITH SUSPENDED LICENSE O.C.G.A. §40-5-121 (MISDEMEANOR)** for the said accused, in the County of Fulton and State of Georgia, on the **21st day of November, 2003, DID OPERATE A MOTOR VEHICLE ON A PUBLIC HIGHWAY OF THIS STATE AT A TIME WHEN HIS PRIVILEGE TO DO SO HAD BEEN REVOKED;** - contrary to the laws of said State, the good order, peace and dignity thereof;

PAUL L. HOWARD, JR., District Attorney

BOOK   PAGE
N1453   054

Related Clerk No.:

Complaint #: 031553
Defendant: Darius T. Pennington
DA#: 372672
Book-in #: Complaint Room  034 2077
Race: Black
Sex: Male

OTN#:
Jurisdiction: Complaint Room
B/O date: November 21, 2003

# WITNESS LIST

Gerald - Georgia State University Police 173

jcb



BOOK  PAGE
N 453  055

FINAL DISPOSITION    ☐Revoked 1' Offender Sentence   ☐ Amended Sentence   ☐ Modified Sentence   ☐Re-Sentencing

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

VS

Darius T. Pennington

FINAL DISPOSITION
CRIMINAL ACTION NO. D3SC10930
OFFENSE(S) 16-13-30 Poss Mar W/O
40-5-121 Driv. W/Susp. Lic (mis)

Jan-Feb    TERM 20 05

☑ PLEA    ☐ VERDICT    ☑ OTHER DISPOSITION

☑ NEGOTIATED
☑ GUILTY ON COUNTS(S) 1
☐ NOLO CONTENDERE ON COUNT(S)
☐ TO LESSER INCLUDED OFFENSE(S)

ON COUNT(S)

☐ JURY    ☐ NON-JURY
☐ GUILTY ON COUNT(S)
☐ NOT GUILTY ON COUNT(S)
☐ GUILTY OF INCLUDED OFFENSES

ON COUNT(S)

☐ NOLLE PROSEQUI ORDER
    COUNT(S)
☑ DEAD DOCKET ORDER ON
    COUNT(S) 2

(SEE SEPARATE ORDER)

☐ DEFENDANT ADVISED OF HIS/HER RIGHT TO HAVE SENTENCE REVIEWED BY THE SUPERIOR COURT'S SENTENCE REVIEW PANEL

☑ FELONY SENTENCE    ☐ MISDEMEANOR SENTENCE

WHEREAS, the above named defendant has been found guilty of the above stated offense. WHEREUPON, it is ordered and adjudged by the Court that:
The said defendant is hereby sentenced to confinement for a period of ___One (1) year___

☐ credit for time served _____. ☐ Sentenced per penalty enhancement _____
In the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law.

HOWEVER, it is further ordered by the Court:
☐ 1) THAT the above sentence may be served on **probation**.
☐ 2) THAT the above sentence be **suspended**.
☐ 3) THAT upon service of _____ of the above sentence, the remainder of _____
may be (suspended) (served on probation), PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as a part of this sentence.

### GENERAL CONDITIONS OF PROBATION/SUSPENSION

The defendant, having been granted the privilege of serving all or part of the above stated sentence on probation, hereby is sentenced to the following general conditions of probation:
1. Do not violate the criminal laws of any governmental unit.
2. Avoid use of alcohol and narcotics and other dangerous drugs unless lawfully prescribed – and avoid persons or places of disreputable or harmful character.
3. Report to the Probation Officer as directed and do not change your address, move outside Fulton County, or leave the state without prior permission of the Probation Officer. (Probated Sentence Only)
4. Maintain employment and support your legal dependants. Submit to evaluations and testing and complete any program as directed by the Probation Officer.
5. Submit to a search of your person, residence, papers and/or effects, anytime of the day or night, with or without a search warrant, whenever requested to do so by a Probation Officer or any law enforcement officer upon reasonable cause to believe that you are in violation of the law. You further specifically consent to the use of anything seized as a result of a search as evidence in judicial proceedings.
6. Upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States. (Probated Sentence Only)

A1453   056

PAGE 2

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

CRIMINAL ACTION NO. 03SC10930

VS

Darsius T. Pennington

☐ **OTHER CONDITIONS OF PROBATION/SUSPENSION**

IT IS FURTHER ORDERED that the defendant pay a FINE of $_____. Plus all applicable fees as set by law. Plus $50.00 IDAF (☐ fee waived). Plus pay $_____ for Probation/Misdemeanor Probation Fee.

RESTITUTION to the victim in the amount of $_____.

RESTITUTION to the Court Administrator for ATTORNEY FEES in the amount of $_____;

OTHER $_____.

☐ **SPECIAL CONDITIONS OF PROBATION/SUSPENSION (O.C.G.A 42-8-34.1)**
☐ Stay away from victim
☐ Stay away _____ yards from victim
☐ _____ Hours of Community Service
☐ Drug/Alcohol Assessment/must complete any treatment required by the probation department
☐ Must successfully complete Intensive Probation Program
☐ Must successfully complete Drug Court Program
☐ Obtain GED

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation/suspension and/or discharge the defendant from probation/suspension. The defendant shall be subject to arrest for violation of any general condition of probation, special condition of probation or suspension herein granted. If such probation/suspension is revoked, the Court may revoke a portion of the sentence which was originally imposed in the manner provided by law after deducting there from the amount of time the defendant has served on probation/suspension. If a special condition of probation is violated, the Court may revoke the entire balance of the probated sentence.

The defendant was represented by _____ Brooks Franklin Attorney at Law
(Employment)(Appointed)

So ordered this 18 day of Jan 2005.  _____
Court Reporter: Paulette Lester            Judge, Fulton Superior Court
                                           Atlanta Judicial Circuit

**CERTIFICATE OF SERVICE**

This is to certify that a true & correct copy of this Sentence of Probation has been delivered in person to the defendant & he/she has been instructed regarding the above conditions.

This ___ day of _____ 20___.   _____
                                  Probation Officer          Probationer

Filed in Office this 20 day of Jan 20 05.   _____
                                             Deputy Clerk

White – Clerk    Canary – Sheriff    Pink – Probation Office    Goldenrod – Defendant