IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

DARIUS PENNINGTON,
A/K/A DERRICK HARRIS,

Criminal Action No.

1:19-CR-455-WMR

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 2 0 2022

KEVIN P. WEIMER, Clerk
By_____ Deputy Clerk

## **PHASE TWO VERDICT**

### Count One: Possession of a Firearm by a Convicted Felon

1. We, the Jury, having found the Defendant DARIUS PENNINGTON guilty of the offense charged in Count One, further find unanimously that Defendant's prior convictions:

   • Possession of Marijuana with the Intent to Distribute in the Superior Court of Fulton County, Georgia for which he was convicted on January 18, 2005;

   • Possession of Marijuana with the Intent to Distribute in the Superior Court of Fulton County, Georgia for which he was convicted on June 10, 2013; and

   • Possession with the Intent to Distribute Cocaine and Possession with Intent to Distribute Marijuana in the Superior Court of Cobb County, Georgia for which he was convicted on October 30, 2013.

   were committed on different occasions from one another:

   _____ Yes                    ___✓___ No

### Count Two: Possess with the Intent to Distribute a Controlled Substance

2. We, the Jury, having found the Defendant DARIUS PENNINGTON guilty of the offense charged in Count Two, further find with respect to the Cobb County prior conviction in 2013—for possession with the intent to distribute cocaine and marijuana—that Defendant served a term of imprisonment of

1

more than 12 months and was released from serving that term of imprisonment within 15 years of committing the offense charged in Count Two:

_____ Yes                         _____ No

Tamara J. Scott
Foreperson